UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br>  GILBERT PIAQUADIO, JR | CASE NO: 23-36043<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 1/22/2024, I did cause a copy of the following documents, described below,

Model Chapter 13 Plan

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 1/22/2024

/s/ Scott J. Goldstein
Scott J. Goldstein

Law Offices of Wenarsky & Goldstein, LLC
410 Route 10 West, Ste 214
Ledgewood, NJ  07852
973 453 2838
scott@wg-attorneys.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>GILBERT PIAQUADIO, JR | CASE NO: 23-36043<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 13 |

On 1/22/2024, a copy of the following documents, described below,

Model Chapter 13 Plan

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 1/22/2024

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Scott J. Goldstein
Law Offices of Wenarsky & Goldstein, LLC
410 Route 10 West, Ste 214
Ledgewood, NJ  07852

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| CASE INFO | EXCLUDE | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 23-36043<br>SOUTHERN DISTRICT OF NEW YORK<br>MON JAN 22 8-43-12 PST 2024 | ~~POUGHKEEPSIE DIVISION~~<br>~~355 MAIN STREET~~<br>~~POUGHKEEPSIE   NY 12601-3315~~ | APPLE CARDGS BANK USA<br>LOCKBOX 6112 PO BOX 7247<br>PHILADELPHIA   PA 19170-0001 |
| BANK OF AMERICA<br>ATTN BANKRUPTCY<br>PO BOX 982238<br>EL PASO  TX 79998-2238 | CAVALRY PORTFOLIO SERV<br>PO BOX 27288<br>TEMPE   AZ 85285-7288 | CITIBANK<br>5800 S CORPORATE PL<br>SIOUX FALLS  SD 57108-5027 |
| CLLCN BUREAU OF THE HU<br>155 N PLANK RD<br>NEWBURGH  NY 12550-1747 | COLLECTION BUREAU OF<br>155 NORTH PLANK RD<br>NEWBURGH  NY 12550-1748 | COLLECTION BUREAU OF<br>PO BOX 846<br>NEWBURG  NY 12551-0846 |
| CAVALRY SPV I  LLC<br>PO BOX 4252<br>GREENWICH  CT 06831-0405 | IRS<br>ATTN  CENTRALIZED INSOLVENCY<br>PO BOX 7346<br>PHILADELPHIA  PA 19101-7346 | INTERNAL REVENUE SERVICE<br>ATTN  CENTRALIZED INSOLVENCY OPERATION<br>PO BOX 7346<br>PHILADELPHIA  PA 19101-7346 |
| NY STATE DIVISION OF TAXATION<br>BANKRUPTCYSPECIAL PROCEDURES SECTION<br>PO BOX 5300<br>ALBANY  NY 12205-0300 | NYS DEPT OF TAXATION AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY  NY 12205-0300 | NEW WINDSOR VOLUNTEER AMBULANCE CORPS<br>555 UNION AVE<br>NEW WINDSOR  NY 12553-6140 |
| PORTFOLIO RECOV ASSOC<br>PO BOX BOX 12914<br>NORFOLK  VA 23541-0914 | SYNCHRONY BANK<br>ATTN BANKRUPTCY<br>PO BOX 965061<br>ORLANDO  FL 32896-5061 | TBOM  MILESTONE<br>PO BOX 4499<br>BEAVERTON  OR 97076-4499 |
| TBOMATLSASPIRE<br>5 CONCOURSE PKWY STE 400<br>ATLANTA  GA 30328-9114 | TOWN OF WALLKILL VOLUNTEER AMBULANCE CORPS I<br>22 MALTESE DR<br>MIDDLETOWN  NY 10940-2110 | UNITED STATES TRUSTEE<br>OFFICE OF THE UNITED STATES TRUSTEE<br>11A CLINTON AVE<br>ROOM 620<br>ALBANY  NY 12207-2370 |
| DEBTOR<br>GILBERT JOSEPH PIAQUADIO  JR<br>19 LANCASTER AVE<br>NEW WINDSOR  NY 12553-8268 | SCOTT J GOLDSTEIN<br>LAW OFFICES OF WENARSKY AND GOLDSTEIN L<br>410 ROUTE 10 WEST<br>STE 214<br>LEDGEWOOD  NJ 07852-9600 | THOMAS C FROST<br>CHAPTER 13 STANDING TRUSTEE<br>399 KNOLLWOOD RD<br>SUITE 102<br>WHITE PLAINS  NY 10603-1936 |