UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re:

                                              Case No. 23-36043

Gilbert Joseph Piaquadio, Jr.

                                              Chapter 13

                   Debtor

SSN xxx-xx-9823
-------------------------------------------------------------x

# ORDER CONFIRMING CHAPTER 13 PLAN

Definitions: **Definitions used in the Debtor's Plan apply to this Order.**

     WHEREAS, The Debtor's plan was filed on December 20, 2023 and was modified on January 22, 2024; the plan was transmitted to creditors pursuant to Bankruptcy Rule 3015 and Local Rule 3015-1(c) and 3015-2, and

     WHEREAS, The Court finds that the Plan meets the requirements of 11 U.S.C. §1325, and on the record of the confirmation hearing held on March 19, 2024, it was clarified that the Plan arithmetically contemplates a 100 % payment to all claims, it is hereby

     ORDERED that the above-mentioned clarification regarding a 100% payment to all claims is hereby incorporated into the Plan by reference herein, and the Plan is hereby confirmed.

,

**IT IS ORDERED THAT:**

The Plan is hereby **CONFIRMED.**



**Dated: March 22, 2024**
**Poughkeepsie, New York**

/s/ Cecelia G. Morris
_____
**Hon. Cecelia G. Morris**
**U.S. Bankruptcy Judge**